[No. 13870-7-I.   Division One.   May 21, 1986.]

RICHARD F. RENZETTI, *Plaintiff*, v. THE STATE
OF WASHINGTON, *Respondent*, F. R. KING
& ASSOCIATES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 783357, Terrence A. Carroll, J., entered September 19, 1983. *Reversed* and *remanded* by unpublished
opinion per Swanson, J., concurred in by Scholfield, C.J.,
and Ringold, J.

[No. 14159-7-I.   Division One.   May 21, 1986.]

NORMAN F. WELSH, *Appellant,* v. DONALD
BORNHOEFT, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 83-2-12548-1, Donald D. Haley, J., entered
December 1, 1983. *Remanded* by unpublished opinion per
Scholfield, C.J., concurred in by Williams and Webster, JJ.

[No. 14967-9-I.   Division One.   May 21, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
LEON BRIGHAM, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 84-1-00351-7, Arthur E. Piehler, J., entered
June 28, 1984. *Reversed* and *remanded* by unpublished
opinion per Johnsen, J. Pro Tem., concurred in by Scholfield, C.J., and Swanson, J.